UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KELTON SPANN**                                                                                  **CIVIL ACTION**

**VERSUS**                                                                                              **NO. 16-3723**

**WARDEN GREG LONGINO**                                                       **SECTION: "J"(3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, Petitioner's objections, and the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Kelton Spann is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  1st  day of      February     , 2017.

_____
UNITED STATES DISTRICT JUDGE